# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
CARLOS M. CRUZ DIAZ
*Defendant*

Case No. 13 mj 7025 JCB

2013 JAN 31 P 1: 58

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **CARLOS M. CRUZ DIAZ**, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Theft or embezzlement of funds from an employee pension benefit plan, or of any fund connected therewith, in violation of Title 18 United States Code, Section 664.

Date: Jan 31, 2013

*Issuing officer's signature*

City and state: Boston, Massachusetts

Steve York Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DOL OIG
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/1/2013

*Arresting officer's signature*

*Printed name and title*