```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


    UNITED STATES OF AMERICA      )
                                  )
              v.                  )    DOCKET NO. 13-mj-7025-JCB
                                  )
    CARLOS M. CRUZ DIAZ           )
```

### MOTION TO AMEND CONDITIONS OF RELEASE

Now comes the defendant, Carlos M. Cruz Diaz, and respectfully requests that his conditions of release be amended as they relate to maintaining his current residence.  Mr. Cruz Diaz would request that he be allowed to reside with his sister in Connecticut during the time this matter is pending.

Counsel has communicated with pretrial services, and they do not object to this change of address.

                                        **CARLOS M. CRUZ DIAZ**
                                        **By His Attorney,**

                                        */s/Oscar Cruz, Jr.*
                                        **Oscar Cruz, Jr.**
                                        **B.B.O. #630813**
                                        **Federal Defender Office**
                                        **51 Sleeper Street, 5th Floor**
                                        **Boston, MA  02210**
                                        **Tel: 617-223-8061**

### CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 19, 2013.

                                        */s/Oscar Cruz, Jr.*
                                        **Oscar Cruz, Jr.**